```
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
LOUIS C. UHL
Assistant U.S. Attorney
Arizona State Bar No. 021621
7102 East 30th Street, Ste 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Email: Louis.Uhl@usdoj.gov
Attorneys for Plaintiff
```

FILED ____ LODGED
____ RECEIVED ____ COPY

MAY 2 5 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Shawn Diehl,<br><br>　　　　Defendant. | No. CR-21-00388-PHX-DWL (MTM)<br><br>**INDICTMENT**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i)<br>(Transportation of an Illegal Alien for Profit)<br>Count 1<br><br>8 U.S.C. § 1324(b),<br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 4, 2021, near Wellton, Arizona, in the District of Arizona, the defendant, SHAWN DIEHL, knowing and in reckless disregard of the fact that a certain alien, Eliseo Santiago-Marcos, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense: a green 2009 Volvo, VIN: 4V4NC9KJOC9N266730, Florida license plate: CA69CQ.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 25, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/
LOUIS C. UHL
Assistant U.S. Attorney